Richard Mooney, Esq. (SBN: 176486)
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, CA 94111
415.874.3108
richard.mooney@rjmlitigation.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandria Real Estate Equities, Inc., a Maryland corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RUNLABS (UK) Limited, a United Kingdom private limited company, RUNLABS (Ireland) Limited, an Ireland private limited company, and Steven Marcus, an individual,<br><br>　　　　　Defendants. | Case No. 18-cv-7517 JSC<br><br>**Stipulation To Continue Hearings on Motion To Strike and Motion To Disqualify** |

Whereas, on February 1, 2019, Defendants filed a Motion To Strike the Unfair Competition Claim (Docket No. 25), and on February 4, 2019, Defendants filed a Motion To Disqualify Counsel (Docket No. 26) (the "Motions"), and the Motions were set for hearing on June 20;

Whereas, the Motions were explicitly made subject to Defendants' argument that they are not subject to personal jurisdiction in this Court, as set out in a Motion To Dismiss filed on January 24 (Docket No. 23), which was set for hearing on April 25;

Whereas, the Motion To Dismiss has not been finally resolved and will not be resolved until after June 20, as the Court granted the motion but provided leave to amend and Defendants intend to file a second motion to dismiss on jurisdictional grounds;

Therefore, the parties stipulate that the Motions be withdrawn, with Defendants retaining the right to re-notice one or both of the Motions for hearing if and when the Court concludes that one or more of the Defendants is subject to the personal jurisdiction of the Court.

Dated: June 5, 2019        RJM Litigation Group

                           By:    /s/ Richard J. Mooney
                               Richard J. Mooney
                               Attorneys for Defendants

Dated: June 5, 2019        Cooley LLP

                           By:    /s/ Patrick P. Gunn[1]
                               Richard J. Mooney
                               Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 5, 2019                    *Lucy H. Koh*

                           Honorable Lucy H. Koh
                           United States District Judge

---

[1] Pursuant to the Northern District ECF Rules, the filing attorney certifies that he has permission from the other signatory to file this document.